UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK ALLEN JONES, *et al*.<br><br>Plaintiffs,<br><br>v.<br><br>HEARTLAND RECREATIONAL VEHICLES, LLC, *et al*.<br><br>Defendants. | Case No. 1:23-cv-00410-CDB<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR PLAINTIFF'S FAILURE TO COMPLY WITH COURT ORDERS<br><br>**TWO-DAY DEADLINE**<br><br>ORDER RESETTING SCHEDULING CONFERENCE |

On March 20, 2023, Plaintiffs Rick Allen Jones and Andrea Jones ("Plaintiffs") initiated this action against Defendants Heartland Recreational Vehicles, LLC, Camping World RV Sales, LLC, Huntington National Bank, and Stier's RV Center, LLC ("Defendants"). (Doc. 1). That same day, the Court issued civil new case documents and set the initial scheduling conference for June 22, 2023. (Doc. 3). On June 1, 2023, because Plaintiff had not filed proofs of service consistent with the Court's orders, the Court continued the scheduling conference to August 10, 2023. (Doc. 4). Plaintiff has yet to file proofs of service.

On August 10, 2023, the Court convened for the scheduling conference. (Doc. 19). Defendants appeared through attorney William Louis Baker. Plaintiffs did not make an

appearance. *Id*. Following repeated, unsuccessful attempts by the Court and counsel for Defendants to contact counsel for Plaintiffs, the Court concluded the scheduling conference. Counsel for Plaintiffs did not in advance of the scheduling conference contact the Court to seek a continuance and has not contacted the Court following the conference to explain his absence.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. *Bautista v. Los Angeles County*, 216 F.3d 837, 841 (9th Cir. 2000).

Plaintiffs' counsel failed to comply with the Court's order to appear for the August 10, 2023, scheduling conference, and through this misfeasance, is preventing the Court from effectively managing its docket. Accordingly, IT IS HEREBY ORDERED, no later than Monday, August 14, 2023, counsel for Plaintiff SHALL show cause in writing why sanctions, up to and including dismissal of this action, should not issue for his failure to appear for the scheduling conference.

The scheduling conference is RESET for September 27, 2023, at 9:00am. The parties are directed to meet and confirm in advance of that date to determine whether an updated Joint Report with modified scheduled is necessary, in which case, an updated Joint Report shall be filed at least one week in advance of the scheduling conference.

IT IS SO ORDERED.

Dated: **August 10, 2023**   _____
UNITED STATES MAGISTRATE JUDGE